# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YACUB AVICENNA MCCLENDON, | CASE NO. 1:09-cv-01405-DLB PC |
| Plaintiff, | ORDER VACATING SERVICE ORDER |
| v. | (Doc. 11) |
| K. HERRINGTON, et al., | |
| Defendants. | |

Plaintiff Yacub Avicenna McClendon ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. On June 15, 2010, the Court issued an order finding service of the first amended complaint appropriate, and forwarding documents to Plaintiff for completion and return. The order was issued prematurely. Accordingly, it is HEREBY ORDERED that the Court's order, filed June 15, 2010, is VACATED. The Court will screen Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A in due course.

IT IS SO ORDERED.

Dated:  **June 15, 2010**                    **/s/ Dennis L. Beck**
                                                                   UNITED STATES MAGISTRATE JUDGE

1